UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JENNIFER MAHER,** *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**NORTHLAND GROUP, INC.,**<br><br>Defendant. | Civ. No. 17-2957 (KM) (JBC)<br><br>**ORDER** |

The defendant, Northland Group, Inc. ("Northland"), having filed a motion to compel arbitration and stay this action (DE 44); and the plaintiff, Ms. Maher, having filed papers in opposition (DE 54); and Northland having filed a reply (DE 55); and the court having considered the submissions, and the entire case filed, without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

IT IS this 19th day of July, 2019

ORDERED that the motion to compel arbitration and stay this action (DE 44) is DENIED.

Kevin McNulty
United States District Judge